

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Thomas Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ILIANA NUNEZ (1),<br><br>Defendant. | CASE NO. 16-CR-2241-W-1<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE appearing, and based upon the joint motion of the parties, IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently set for February 6, 2017 at 9:00 a.m., is hereby continued to February 13, 2017 at 9:00 a.m.

IT IS SO ORDERED:

Dated: 1/11/17

_____
Hon. THOMAS WHELAN
United States District Judge

16-CR-2241-W-1